214 So.2d 163

## CITY OF NEW ORLEANS
v.
### Gordon SLIMMER.
No. 49404.

Oct. 3, 1968.

In re: City of New Orleans applying for writ of certiorari or review.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

214 So.2d 163

### Charles Reid MANN
v.
### The NINETEENTH JUDICIAL DISTRICT COURT.
No. 49469.

Oct. 3, 1968.

In re: Charles Reid Mann applying for writs of mandamus and habeas corpus.

Dismissed on motion of relator.

SUMMERS, J., is of the opinion that the writ should be granted since the accused is not represented by counsel.